UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| LOUIS GAUTHIER, | § | CIVIL ACTION NO. 3:20-cv-00328 |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| | § | JUDGE DICK |
| VERSUS | § | |
| | § | |
| RICHARDSON, INC. OF ALABAMA | § | MAGISTRATE JUDGE |
| D/B/A SUNBELT CWS | § | WILDER-DOOMES |
| | § | |
| Defendant. | § | |

## ORDER

HAVING CONSIDERED, the Joint Stipulation of Dismissal filed on behalf of all parties in this matter;

IT IS HEREBY ORDERED that the above-captioned action be dismissed, in its entirety, with prejudice, each party to bear its own clerk of court costs.

Baton Rouge, Louisiana, this _____ day of September, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT